# __Exhibit A__

# INVOICE



**CONNORREPORTING**
SETTING THE RECORD STRAIGHT
111 Monument Circle, Suite 4350 • Indianapolis, IN 46204 • 800-554-3376

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53931 | 5/1/2017 | 46476 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2017 | | |

| Case Name | | |
|---|---|---|
| Vicki Barbera vs. Pearson Education, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Cynthia Springer
FAEGRE BAKER DANIELS
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

ORIGINAL TRANSCRIPT OF:
Vicki Barbera

1,157.60

TOTAL DUE  >>>   $1,157.60

Thank you for choosing Connor Reporting!
To learn more about our services for depositions or trial visit us online at www.connorreporting.com
Contact us at: 317.236.6022 or 800.554.3376
A monthly finance charge of 1.5% will be charged on all balances more than 30 days past due.
Mastercard and Visa accepted with a 3% convenience fee.

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Cynthia Springer
FAEGRE BAKER DANIELS
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

| | | |
|---|---|---|
| Invoice No. | : | 53931 |
| Invoice Date | : | 5/1/2017 |
| **Total Due** | : | **$1,157.60** |

| | | |
|---|---|---|
| Job No. | : | 46476 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Vicki Barbera vs. Pearson Education, Inc. |

Remit To:  **Connor Reporting**
**111 Monument Circle**
**Suite 4350**
**Indianapolis, IN  46204**