UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

| | | |
|---|---|---|
| VICKI BARBERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:16-cv-02533-JMS-DML |
| | ) | |
| PEARSON EDUCATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY CONSIDERATION OF DEFENDNT'S BILL OF COSTS [Dkt. 76] PENDING APPEAL**

The Court, having considered Plaintiff's Motion to Stay Consideration of Defendant's Bill of Costs [76] Pending Appeal, and being duly advised in the premises, now finds that the Motion [78] should be and hereby is GRANTED.

IT IS ORDERED that Defendant's Bill of Costs is stayed until resolution by the Seventh Circuit Court of Appeals.

So ordered.

Date: 1/17/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to: All Electronically Registered Counsel of Record

1